James M. Duarte (SBN 115517) (jduarte@duarte-law.com)
Heather A. Baez (SBN 237004) (hbaez@duarte-law.com)
DUARTE & ASSOCIATES
245 Fischer Avenue. Suite A-1
Costa Mesa, CA 92626
Telephone:  (714) 545-4800
Facsimile:   (714) 545-4844

Attorneys for Plaintiff JON J. MADISON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Southern Division

| | |
|---|---|
| JON J. MADISON, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>RICHARD VAN GEMERT, Administrator of the Estate of GERALD J. VAN GEMERT, Deceased, RICHARD VAN GEMERT, Successor Trustee of the Retirement Trust for Gerald J. Van Gemert, a Professional Corporation,<br>THE JUDGE LAW FIRM, a Professional Corporation,<br>GERALD J VAN GEMERT, a Professional Corporation Money Purchase Pension Plan, and<br>DOES 1 through 10, inclusive.<br><br>      Defendants. | Case No:  SACV11-0431 JST (JEM)x<br>Assigned to Hon. Josephine Stanton Tucker<br>Dept. 10A<br><br>**ORDER RE STIPULATION OF PARTIES TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the stipulation of the Parties, and good cause appearing, the above entitled action and all related cross-complaints shall be dismissed with prejudice. It is further ordered that each party shall bear its own attorneys' fees and costs incurred in this action. |

**IT IS SO ORDERED.**

Dated: **June 29, 2012**

_____
JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT COURT JUDGE