1  James M. Duarte (SBN 115517) (jduarte@duarte-law.com)
   Heather A. Baez (SBN 237004) (hbaez@duarte-law.com)
2  DUARTE & ASSOCIATES
   245 Fischer Avenue. Suite A-1
3  Costa Mesa, CA 92626
   Telephone:  (714) 545-4800
4  Facsimile:   (714) 545-4844

5

6  Attorneys for Plaintiff JON J. MADISON

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                              Southern Division

11

12

13  JON J. MADISON, an individual,           Case No:  SACV11-0431 JST (JEM)x
                                              Assigned to Hon. Josephine Stanton Tucker
14             Plaintiff,                     Dept. 10A

15        vs.
                                              **ORDER RE STIPULATION OF
16  RICHARD VAN GEMERT,                       PARTIES TO DISMISS ENTIRE
    Administrator of the Estate of GERALD    ACTION WITH PREJUDICE**
17  J. VAN GEMERT, Deceased,
    RICHARD VAN GEMERT, Successor
18  Trustee of the Retirement Trust for
    Gerald J. Van Gemert, a Professional
19  Corporation,
    THE JUDGE LAW FIRM, a
20  Professional Corporation,
    GERALD J VAN GEMERT, a
21  Professional Corporation Money
    Purchase Pension Plan, and
22  DOES 1 through 10, inclusive.

23             Defendants.

24

25

26

27

28

Pursuant to the stipulation of the Parties, and good cause appearing, the above entitled action and all related cross-complaints shall be dismissed with prejudice. It is further ordered that each party shall bear its own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: **June 29, 2012**

JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT COURT JUDGE